LAURIE A. TRAKTMAN (SBN 165588)
**GILBERT & SACKMAN**, A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California  90010-2732
Telephone: (323) 938-3000
Facsimile: (323) 937-9139
Email: lat@gslaw.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA, & NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>CREATIVE SHEET METAL and STEVEN K. HANSEN,<br><br>Defendants. | Case No.  02-CV-7920-FMC (VBKz)<br><br>RENEWAL OF DEFAULT JUDGMENT<br> BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, thereon,

The judgment to and against CREATIVE SHEET METAL and STEVEN K. HANSEN jointly and severally, the Default Judgment entered on March 18, 2003, a copy of which is attached, is hereby renewed in the amounts set forth below:

Renewal of money judgment:

| | |
|---|---|
| 1. Total judgment | $9,764.40 |
| 2. Costs after judgment | $0.00 |
| 3. Attorneys fees | $0.00 |
| 4. Subtotal *(add a and b)* | $9,764.40 |

| | | |
|---|---|---|
| 1 | 5. Credits after judgment | $0.00 |
| 2 | 6. Subtotal *(subtract d from c)* | $9,764.40 |
| 3 | 7. Interest after judgment | $9,290.89 |
| 4 | 8. Fee for filing renewal application | $0.00 |
| 5 | 9. **Total renewed judgment** *(add e, 5, and g)* | **$19,055.29** |

Dated: 10/31/12

CLERK, by Deputy

Lori Muraoka, Deputy Clerk
Clerk, U.S. District Court