LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA, & NEVADA,<br><br>    Plaintiffs,<br><br>        v.<br><br>CREATIVE SHEET METAL and STEVEN K. HANSEN,<br><br>    Defendants. | Case No. 02-CV-7920-FMC (VBKx)<br><br>**SECOND RENEWAL OF JUDGMENT** |

    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, thereon,

    The judgment to and against Creative Sheet Metal and Steven K. Hansen jointly and severally, the Default Judgment entered on March 18, 2003 and the Renewal of Judgment entered October 31, 2012 is hereby renewed in the amounts set forth below:

    Renewal of money judgment:

    a.    Total judgment: $19,055.29

    b.    Costs after judgment: $0.00

    c.    Attorneys fees: $0.00

    d.    Subtotal (add a, b, and c): $19,055.29

    e.    Credits after judgment: $0.00

  f. Subtotal (subtract e from d): $19,055.29

  g. Interest after judgment: $2,301.95 (This amount was recalculated to reflect the post-Judgment interest rate pursuant to 28 U.S.C. 1961 and Section 6621 of the Internal Revenue Code of 1986 from the date of the original Judgment to August 26, 2020).

  h. Fee for filing renewal application: $0.00

  i. Total renewed judgment (add f, g, and h): $21,357.24

Dated: 9/3/20       By Clerk of Court: *Yvette Lewis*
              Deputy Clerk of Court

DECLARATION OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, am a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen years and not a party to the within proceeding; my business address is GILBERT & SACKMAN, A Law Corporation, 3699 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010-2732.  On August 31, 2020, I served the within SECOND RENEWAL OF JUDGMENT, by depositing a true and correct copy thereof, enclosed in a sealed envelope with postage fully prepaid, in a mailbox regularly maintained by the government of the United States at Los Angeles, California, addressed as follows:

Creative Sheet Metal
750 North Main Street
Leeds, Utah 84746

Steven K. Hansen
750 North Main Street
Leeds, Utah 84746

I declare under penalty of perjury that the foregoing is true and correct and was executed by me on August 31, 2020, at Los Angeles, California.

*M. Tijerina*

Marisa Tijerina, Declarant